AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

**FILED**
JAMES J. VILT, JR. - CLERK
APR 22 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Phillip W. Renfro
*Petitioner*

v.

People Of The State Of Kentucky
*Respondent*
(name of warden or authorized person having custody of petitioner)

Case No. 3:22 CV 230 BJB
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Phillip W. Renfro
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: Kentucky - Luther Luckett Correctional Complex
   (b) Address: 1612 Dawkins Road - Box 6
                LaGrange - Ky - 40031
   (c) Your identification number: 168823

3. Are you currently being held on orders by:
   ☐ Federal authorities   (☐ State authorities)   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: Franklin
      (b) Docket number of criminal case: 10-CR-00012
      (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other (explain):

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☒ Other (explain): My Sentence is at 20% Persent not at 85%! I need the Court to clearly show I am 20% in my sentence before I get out, And to show my case is not a Violent in mature at all.

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: Franklin Circuit

   (b) Docket number, case number, or opinion number: 10-CR-00012

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

   (d) Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes   ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court:

   (2) Date of filing:

   (3) Docket number, case number, or opinion number:

   (4) Result:

   (5) Date of result:

   (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

(b) If you answered "No," explain why you did not appeal: _____

_____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes    ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   _____

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

   _____

   _____

   _____

   _____

   _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

   _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes    ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   _____

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

   _____

   _____

_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____
_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: ~~_____~~

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
☐ Yes   ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

Page 6 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☐ No

If "Yes," provide:

    (a) Kind of petition, motion, or application: _____

    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____

    (d) Docket number, case number, or opinion number: _____

    (e) Result: _____

    (f) Date of result: _____

    (g) Issues raised: _____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Police misconduct, inffective Assistance of Counsel

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
POLICE Made Threats, Counsel Failed To investigate case, speak to victims and witness, Never read charges to me on plea and aloud Courts to seal Records illegally without my concent

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes   ☐ No

**GROUND TWO:** Prosecutoral and Judge Misconduct

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Imperanating and officer - Violation Of Oath Of Office, Breach Of Fiduciary Duties, War against the constitution, Sedition, Constructive treason, Trespass upon the law, Dueprocess Violations, Conducting sham legal process, Misapplication of codes, Fraud upon the Court, Obstrution of Justice, Deprivation of Rights under color of law 18 USC §242, Conspiracy against Rights pursuant to 18, USC 241, Conflict of interest, Felony misappropriation of funds, Theft by deception, Failure to disclose financial dealings, Falsification of accounts by Public officer, Maleasance of officer, TAX EVASION

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☑ No  Did not Know of these until now! These were withheld By the Courts

**GROUND THREE:** Prosecutoral And Judge Misconduct

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Kidnaping, False imprisonment, involuntary Servitude, Racketeering, Mail Fraud, Perjury, Subordintion of perjury, Misprision of felony, Falsification of Documents!

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☑ No  Did not Know of these until Now Due to Sealed Records By the Prosecutor and Judge

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** ~~_____~~

(a) Supporting facts. (Be brief. Do not cite cases or law.):

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Court Records sealed By the Prosecutor and Judge, I had No Access to My Records in order to present a Defense in my case.

**Request for Relief**

15. State exactly what you want the court to do: Release Plaintiff from his false imprisonment, Supervised Release and any Conditional Release, Stop stealing Plaintiffs Money from all the Bonds named in the Complaint, Stop the use of Plaintiffs name and SSN without consent, Stop All Violations named in the Complaint before the Court, ON THAT Basis! The Contract for imprisonment is VOID! Plaintiff Must now be released! Plus Grant all other Releaf therein. Plus Money on such release.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
4/19/2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4/19/2022

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*


Phillip Renfro #168823
L,L,C,C
1612 Dawkins Road, Box 6
LaGrange, Ky. 40031


CERTIFIED MAIL
7018 1830 0001 2089 6857


NEOPOST
04/18/2022
US POSTAGE $009.25
PRIORITY MAIL
ZIP 40031
041M11458349


NEOPOST
04/20/2022
US POSTAGE $003.75
ZIP 40031
041M11458349

Confidential Legal Mail!!

Office of Clerk
Gene Snyder U.S. Courthouse
601 West Broadway, Room 106
Louisville, Ky. 40202

FILED
JAMES J. VILT, JR. - CLERK
APR 22 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CONFIDENTIAL LEGAL·MAIL!